UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Maurice M. Johnson

v.                                          Case No. 25-cv-373-SE-AJ

Federal Bureau of Prisons

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 27, 2026. For the reasons explained therein, the clerk shall transfer this matter to the Middle District of Pennsylvania for further proceedings.

_____
Samantha D. Elliott
Chief Judge

Date: July 27, 2026

cc:  Maurice M. Johnson, pro se